**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TALATHA SHERRILL,** | * | |
| Plaintiff | * | |
| v. | | **Civil No. JKB-18-476** |
| | * | |
| **DEPUTY JOSEPH CUNNINGHAM, et al.,** | | |
| **Defendants** | * | |
| | * | |
| | * | |

\* * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of attorney Joseph Caleb for Plaintiff Talatha Sherrill in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Joseph P. Caleb, Esq.
Bar No. 15035
CalebLaw, PLLC
1156 15th St NW
Suite 510
Washington, DC 20005
E-mail:  jcaleb@bcrlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November 2019 a copy of the foregoing Entry of Appearance was filed and served upon all counsel of record via the Court's electronic filing system.

/s/_____
Joseph Caleb, Esquire